# EXHIBIT A

# Nicholas Smith

| | |
|---|---|
| From: | Karen_Thornton@gand.uscourts.gov |
| Sent: | Monday, May 07, 2018 9:51 AM |
| To: | Ed Buckley; Nicholas Smith; cryan@reedsmith.com; cbouriat@reedsmith.com; jglunt@reedsmith.com; edward.cadagin@agg.com; Henry.Perlowski@agg.com |
| Subject: | STIMSON vs. STRYKER SALES CORP: 1:17-cv-872 |

Counsel:

DEFENDANT is not to file a written response to the UNAUTHORIZED/NON-COMPLIANT with this Court's Discovery Guidelines motion to compel #57 filed by PLAINTIFF. The Court is considering the appropriate action to address PLAINTIFF'S filing, including, possible sanctions.

Thank you

**Karen Thornton, Courtroom Deputy**
Chambers of Magistrate Judge Janet F. King
United States District Court
Northern District of Georgia - Atlanta Division
(404) 215-1561

1