# EXHIBIT A

## TOTAL ATTORNEY'S FEES

| Attorney | Hourly Rate | Hours Billed | Total Fees |
|---|---|---|---|
| Glunt, James | $ 539.39 | 52.9 | $ 28,526.60 |
| Ryan, Catherine | $ 510.00 | 2.1 | $ 1,071.00 |
| Bouriat, Christopher | $ 464.00 | 20.6 | $ 9,558.40 |
| Cohen, David | $ 780.00 | 1.3 | $ 1,014.00 |
| Lust, Karen | $ 552.00 | 11.3 | $ 6,237.60 |
| Dimond, Emily | $ 405.00 | 1.0 | $ 405.00 |
| Cadagin, Edward | $ 400.00 | 3.3 | $ 1,320.00 |
| **TOTAL** | | **92.5** | **$ 48,132.60** |

## Description of Attorneys' Fees

| Hours | Description | Total Charge | Timekeepers & Hours |
|---|---|---|---|
| 8.8 | • Reviewed forensic ESI report showing spoliation of evidence.<br>• Conferred with Vestige, plaintiff's ESI expert regarding report findings.<br>• Reviewed plaintiff's expert ESI report submitted with Opposition to Motion for Sanctions. | $ 4,569.00 | Glunt, J. (6.3)<br>Ryan, C. (0.7)<br>Bouriat, C. (1.8) |
| 26.4 | • Researched case law on ESI spoliation and discovery sanctions for perjury/spoliation.<br>• Reviewed research among defense counsel to strategize on Motion for Sanctions.<br>• Drafted Defendant's Motion for Sanctions.<br>• Drafted Brief in Support of Motion for Sanctions. | $ 14,619.40 | Glunt, J. (13.9)<br>Bouriat, C. (10.2)<br>Ryan, C. (1.3)<br>Dimond, E. (1) |

| | | | |
|---|---|---|---|
| 15.2 | <ul><li>Drafted letters to Plaintiff's counsel regarding spoliation and sanctions and requesting dismissal of claim.</li><li>Corresponded with Plaintiff's counsel regarding spoliation issue and Motion for Sanctions.</li></ul> | $ 7,564.00 | Glunt, J. (7.1)<br>Bouriat, C. (8.1) |
| 15.1 | <ul><li>Reviewed case law on ESI spoliation sanctions for use in Reply Brief.</li><li>Reviewed Plaintiff's Opposition to Motion for Sanctions.</li><li>Drafted Reply to Plaintiff's Opposition to Motion for Sanctions.</li></ul> | $ 6,769.00 | Glunt, J. (14.5)<br>Bouriat, C. (0.5)<br>Ryan, C. (0.1) |
| 20.8 | <ul><li>Reviewed Magistrate's report and recommendation denying Motion for Sanctions.</li><li>Drafted Opposition to Magistrate's Report and Recommendation Denying Motion for Sanctions.</li></ul> | $ 11,819.00 | Glunt, J. (8.2)<br>Lust, K. (11.3)<br>Cohen, D. (1.3) |
| 2.9 | <ul><li>Client communication and updates regarding ESI spoliation and Motion for Sanctions.</li></ul> | $ 1,472.20 | Glunt, J. (1.7)<br>Bouriat, C. (1.2) |
| 3.3 | <ul><li>Reviewed filings for local law compliance.</li></ul> | $ 1,320 | Cadagin, E. (3.3) |
| **92.5** | **TOTALS** | **$ 48,132.60** | |